# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00083-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JAMES WARD, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion to modify the Defendant's sentence pursuant to 18 U.S.C. § 3582(c)(1). [Doc. 32].

In his letter, the Defendant asks the Court to reduce his sentence so that he can be released from prison and pursue a theology degree. [Doc. 32].

Pursuant to 18 U.S.C. § 3582(c)(1), the Court may reduce or modify a sentence if "extraordinary and compelling reasons warrant such a reduction." 18 U.S.C. § 3582(c)(1). A § 3582(c)(1) motion may be filed by the Director of the Bureau of Prisons or by the defendant himself, if the defendant has fully exhausted his administrative remedies within the Bureau of Prisons. Id.

Here, there is no indication in the Defendant's letter that he has exhausted such administrative remedies. Accordingly, his motion for a sentence reduction is denied.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as a motion to modify the Defendant's sentence pursuant to 18 U.S.C. § 3582(c)(1) [Doc. 32], is **DENIED.**

**IT IS SO ORDERED.**

Signed: March 10, 2020

Martin Reidinger
United States District Judge